**FILED**

**CR 08 249**

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APR 16 2008

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

LONG ISLAND OFFICE

1. Title of Case:  __United States v. EDWARD J. FASANO__

2. Related Magistrate Docket Number(s)  _____

    None ( )

**SEYBERT, J.**

3. Arrest Date:  _____

4. Nature of offense(s):  X  Felony
    ☐  Misdemeanor

**BOYLE, M.**

5. Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:  Less than 6 weeks  (X)
    More than 6 weeks  ( )

7. County in which crime was allegedly committed:  __SUFFOLK__
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is a capital count included in the indictment?  ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By:  _____
Charles P. Kelly
Assistant U.S. Attorney
631-715-7866

Rev. 10/01/03