'20

# CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE JUDGE SEYBERT,      DATE: 5/ 2/2008  TIME:  2:00

DOCKET NUMBER:  CR 08-249      TITLE: USA-V-

DEFT NAME: EDWARD FASANO                    DEFT: #
  _X_PRESENT ____NOT PRESENT ___ IN CUSTODY _X_ON BAIL

  ATTY FOR THE DEFT: BRIAN WILLIE          ___C.J.A.
                                           X__RETAINED

A.U.S.A.  CHARLES KELLY          DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: O. WICKER

__X__  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

____  DEFT. STATES TRUE NAME TO BE:_____

__X__  FIRST APPEARANCE OF DEFENDANT.

__X__  WAIVER OF INDICTMENT EXECUTED.

__X__  INFORMATION FILED.

__X__  DEFT. ENTERS A GUILTY PLEA TO COUNT_1_OF THE INFORMATION.

__X__  COURT FINDS A FACTUAL BASIS FOR THE PLEA.

__X__  SENTENCE DATE SET FOR 10/17/2008 AT 2:00PM.

__X__  PROBATION NOTIFIED.

__X__  BAIL SET AT  $50,000. (UNSECURED)

____  CASE ADJ'D TO _____

____  OTHER: